

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MUC | 003726 | 006450 | | 0000341997 | 1 |

2041-0001

COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

# Earnings Statement 

Period Beginning: 08/11/2018
Period Ending: 08/24/2018
Pay Date: 08/24/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 9
  PA: N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Payout | | | 2,310.72 | 2,310.72 |
| Regular | | | | 52,444.12 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$2,310.72** | 55,297.11 |

Your federal taxable wages this period are $2,310.72

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | | 603.75 |
| Er Medical | | 11,960.96 |
| W2Grp | | 66.24 |
| County Emplid | | 0010521 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -508.36 | 3,454.58 |
| Social Security Tax | | -143.27 | 3,351.40 |
| Medicare Tax | | -33.51 | 783.80 |
| PA State Income Tax | | -70.94 | 1,657.43 |
| Norristown B Income Tax | | -23.11 | 539.92 |
| PA SUI/SDI Tax | | -1.39 | 33.18 |
| Norristown B Local Svc Tax | | | 34.00 |
| **Other** | | | |
| Dental Pre Tax | | | 105.00 |
| Keystflx Ptm | | | 763.52 |
| Pension | | | 2,649.38 |
| Pre Omop Reserv | | | 440.00 |
| **Net Pay** | | **$1,530.14** | |
| Checking | | -1,530.14 | 41,484.90 |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Advice number: 00000341997
Pay date: 08/24/2018



Deposited to the account of
**MAUREEN E CALDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8982 | xxxx xxxx | $1,530.14 |

# NON-NEGOTIABLE




| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MUC | 003726 | 006450 | | 0000322048 | 1 |

2091-0001

# Earnings Statement

COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Period Beginning: 07/28/2018
Period Ending: 08/10/2018
Pay Date: 08/10/2018

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 9
   PA: N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.2003 | 33.75 | 1,694.26 | 52,444.12 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$1,694.26** | 52,986.39 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -98.93 | 3,208.13 |
| | Medicare Tax | -23.14 | 750.29 |
| | PA State Income Tax | -48.86 | 1,586.49 |
| | Norristown B Income Tax | -15.92 | 516.81 |
| | Norristown B Local Svc Tax | -2.00 | 34.00 |
| | PA SUI/SDI Tax | -1.01 | 31.79 |
| | Federal Income Tax | | 2,946.22 |
| | **Other** | | |
| | Keystflx Ptm | -47.72* | 763.52 |
| | Pension | -84.71* | 2,649.38 |
| | Pre Omop Reserv | -55.00* | 440.00 |
| | Dental Pre Tax | | 105.00 |
| | **Net Pay** | **$1,316.97** | |
| | Checking | -1,316.97 | 39,954.76 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,506.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Medical | 747.56 | 11,960.96 |
| W2Grp | 4.14 | 66.24 |
| Er Dental | | 603.75 |
| County Emplid | | 0010521 |

\* Excluded from federal taxable wages



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Advice number: 00000322048
Pay date: 08/10/2018

© 2000 ADP, LLC

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MAUREEN E CALDER | xxxxxx8982 | xxxx xxxx | $1,316.97 |



# NON-NEGOTIABLE



```
CO.   FILE    DEPT.   CLOCK   VCHR. NO.
MUC   003726  006450          0000302003  1
                                      2050-0001
```

COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 07/14/2018 |
| Period Ending: | 07/27/2018 |
| Pay Date: | 07/27/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 9
   PA: N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.2003 | 67.50 | 3,388.52 | 50,749.86 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$3,388.52** | 51,292.13 |

Your federal taxable wages this period are $3,156.37

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -190.91 | 2,946.22 |
| | Social Security Tax | -206.45 | 3,109.20 |
| | Medicare Tax | -48.28 | 727.15 |
| | PA State Income Tax | -102.10 | 1,537.63 |
| | Norristown B Income Tax | -33.26 | 500.89 |
| | Norristown B Local Svc Tax | -2.00 | 32.00 |
| | PA SUI/SDI Tax | -2.04 | 30.78 |
| | **Other** | | |
| | Dental Pre Tax | -15.00* | 105.00 |
| | Keystflx Ptm | -47.72* | 715.80 |
| | Pension | -169.43* | 2,564.67 |
| | Pre Omop Reserv | | 385.00 |
| | **Net Pay** | **$2,571.33** | |
| | Checking | -2,571.33 | 38,637.79 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 86.25 | 603.75 |
| Er Medical | 747.56 | 11,213.40 |
| W2Grp | 4.14 | 62.10 |
| County Emplid | | 0010521 |

\* Excluded from federal taxable wages



© 2000 ADP, LLC



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

| | |
|---|---|
| Advice number: | 00000302003 |
| Pay date: | 07/27/2018 |

Deposited to the account of
**MAUREEN E CALDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8982 | xxxx xxxx | $2,571.33 |



THIS IS NOT A CHECK

# NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MUC | 003726 | 006450 | | 0000282082 | 1 |

2127-0001

COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

# Earnings Statement 

Period Beginning: 06/30/2018
Period Ending: 07/13/2018
Pay Date: 07/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 9
  PA: N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.2003 | 67.50 | 3,388.52 | 47,361.34 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$3,388.52** | 47,903.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -182.11 | 2,755.31 |
| | Social Security Tax | -203.98 | 2,902.75 |
| | Medicare Tax | -47.71 | 678.87 |
| | PA State Income Tax | -100.87 | 1,435.53 |
| | Norristown B Income Tax | -32.86 | 467.63 |
| | Norristown B Local Svc Tax | -2.00 | 30.00 |
| | PA SUI/SDI Tax | -2.03 | 28.74 |
| | Other | | |
| | Keystflx Ptm | -47.72* | 668.08 |
| | Pension | -169.43* | 2,395.24 |
| | Pre Omop Reserv | -55.00* | 385.00 |
| | Dental Pre Tax | | 90.00 |
| | **Net Pay** | **$2,544.81** | |
| | Checking | -2,544.81 | 36,066.46 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $3,116.37

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Medical | 747.56 | 10,465.84 |
| W2Grp | 4.14 | 57.96 |
| Er Dental | | 517.50 |
| P21 | | 57.96 |
| County Emplid | | 0010521 |

* Excluded from federal taxable wages



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Advice number: 00000282082
Pay date: 07/13/2018



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MAUREEN E CALDER | xxxxxx8982 | xxxx xxxx | $2,544.81 |

# NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MUC | 003726 | 006450 | | 0000262087 | 1 |

2122-0001

COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

# Earnings Statement 

Period Beginning: 06/16/2018
Period Ending: 06/29/2018
Pay Date: 06/29/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 9
  PA: N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.2003 | 67.50 | 3,388.52 | 43,972.82 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$3,388.52** | 44,515.09 |

Your federal taxable wages this period are $3,171.37

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -194.21 | 2,573.20 |
| | Social Security Tax | -207.39 | 2,698.77 |
| | Medicare Tax | -48.50 | 631.16 |
| | PA State Income Tax | -102.56 | 1,334.66 |
| | Norristown B Income Tax | -33.41 | 434.77 |
| | Norristown B Local Svc Tax | -2.00 | 28.00 |
| | PA SUI/SDI Tax | -2.03 | 26.71 |
| **Other** | | | |
| | Keystflx Ptm | -47.72* | 620.36 |
| | Pension | -169.43* | 2,225.81 |
| | Dental Pre Tax | | 90.00 |
| | Pre Omop Reserv | | 330.00 |
| **Net Pay** | | | **$2,581.27** |
| | Checking | -2,581.27 | 33,521.65 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Medical | 747.56 | 9,718.28 |
| W2Grp | 4.14 | 53.82 |
| Er Dental | | 517.50 |
| County Emplid | | 0010521 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Advice number: 00000262087
Pay date: 06/29/2018



Deposited to the account of
MAUREEN E CALDER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8982 | xxxx xxxx | $2,581.27 |

# NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MUC | 003726 | 006450 | | 0000242023 | 1 |

2055-0001

COUNTY OF MONTGOMERY  
425 SWEDE ST  
NORRISTOWN, PA 19404-0311

# Earnings Statement 

Period Beginning: 06/02/2018  
Period Ending: 06/15/2018  
Pay Date: 06/15/2018

Taxable Marital Status: Single  
Exemptions/Allowances:  
   Federal: 9  
   PA: N/A

MAUREEN E CALDER  
360 RADFORD COURT  
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.2003 | 67.50 | 3,388.52 | 40,584.30 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$3,388.52** | 41,126.57 |

Your federal taxable wages this period are $3,156.37

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -190.91 | 2,378.99 | |
| Social Security Tax | -206.45 | 2,491.38 | |
| Medicare Tax | -48.28 | 582.66 | |
| PA State Income Tax | -102.10 | 1,232.10 | |
| Norristown B Income Tax | -33.26 | 401.36 | |
| Norristown B Local Svc Tax | -2.00 | 26.00 | |
| PA SUI/SDI Tax | -2.04 | 24.68 | |
| Other | | | |
| Dental Pre Tax | -15.00* | 90.00 | |
| Keystflx Ptm | -47.72* | 572.64 | |
| Pension | -169.43* | 2,056.38 | |
| Pre Omop Reserv | | 330.00 | |
| **Net Pay** | | **$2,571.33** | |
| Checking | -2,571.33 | 30,940.38 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 86.25 | 517.50 |
| Er Medical | 747.56 | 8,970.72 |
| W2Grp | 4.14 | 49.68 |
| County Emplid | | 0010521 |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



COUNTY OF MONTGOMERY  
425 SWEDE ST  
NORRISTOWN, PA 19404-0311

Advice number: 00000242023  
Pay date: 06/15/2018



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MAUREEN E CALDER | xxxxxx8982 | xxxx xxxx | $2,571.33 |

# NON-NEGOTIABLE