# Earnings Statement



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MUC | 003726 | 006450 | | 0000341997 | 1 |

COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Period Beginning: 08/11/2018
Period Ending: 08/24/2018
Pay Date: 08/24/2018

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 9
　PA: N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Payout | | | 2,310.72 | 2,310.72 |
| Regular | | | | 52,444.12 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$2,310.72** | 55,297.11 |

Your federal taxable wages this period are $2,310.72

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | | 603.75 |
| Er Medical | | 11,960.96 |
| W2Grp | | 66.24 |
| County Emplid | | 0010521 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -508.36 | 3,454.58 |
| | Social Security Tax | -143.27 | 3,351.40 |
| | Medicare Tax | -33.51 | 783.80 |
| | PA State Income Tax | -70.94 | 1,657.43 |
| | Norristown B Income Tax | -23.11 | 539.92 |
| | PA SUI/SDI Tax | -1.39 | 33.18 |
| | Norristown B Local Svc Tax | | 34.00 |
| | **Other** | | |
| | Dental Pre Tax | | 105.00 |
| | Keystflx Ptm | | 763.52 |
| | Pension | | 2,649.38 |
| | Pre Omop Reserv | | 440.00 |
| **Net Pay** | | **$1,530.14** | |
| | Checking | -1,530.14 | 41,484.90 |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Advice number: 00000341997
Pay date: 08/24/2018

Deposited to the account of
**MAUREEN E CALDER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8982 | xxxx xxxx | $1,530.14 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.    FILE    DEPT.    CLOCK    VCHR. NO.
MUC    003725  006450            0000322048   1
```

# Earnings Statement





COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Period Beginning: 07/28/2018
Period Ending: 08/10/2018
Pay Date: 08/10/2018

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 9
 PA: N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.2003 | 33.75 | 1,694.26 | 52,444.12 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$1,694.26** | 52,986.39 |

Your federal taxable wages this period are $1,506.83

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -98.93 | 3,208.13 |
| | Medicare Tax | -23.14 | 750.29 |
| | PA State Income Tax | -48.86 | 1,586.49 |
| | Norristown B Income Tax | -15.92 | 516.81 |
| | Norristown B Local Svc Tax | -2.00 | 34.00 |
| | PA SUI/SDI Tax | -1.01 | 31.79 |
| | Federal Income Tax | | 2,946.22 |
| | **Other** | | |
| | Keystflx Ptm | -47.72* | 763.52 |
| | Pension | -84.71* | 2,649.38 |
| | Pre Omop Reserv | -55.00* | 440.00 |
| | Dental Pre Tax | | 105.00 |
| | **Net Pay** | **$1,316.97** | |
| | Checking | -1,316.97 | 39,954.76 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Medical | 747.56 | 11,960.96 |
| W2Grp | 4.14 | 66.24 |
| Er Dental | | 603.75 |
| County Emplid | | 0010521 |

* Excluded from federal taxable wages


© 2000 ADP, LLC



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Advice number: 00000322048
Pay date: 08/10/2018

Deposited to the account of
MAUREEN E CALDER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8982 | xxxx xxxx | $1,316.97 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**



**Earnings Statement**

COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Period Beginning: 07/14/2018
Period Ending: 07/27/2018
Pay Date: 07/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 9
  PA: N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.2003 | 67.50 | 3,388.52 | 50,749.86 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$3,388.52** | 51,292.13 |

Your federal taxable wages this period are $3,156.37

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -190.91 | 2,946.22 |
| | Social Security Tax | -206.45 | 3,109.20 |
| | Medicare Tax | -48.28 | 727.15 |
| | PA State Income Tax | -102.10 | 1,537.63 |
| | Norristown B Income Tax | -33.26 | 500.89 |
| | Norristown B Local Svc Tax | -2.00 | 32.00 |
| | PA SUI/SDI Tax | -2.04 | 30.78 |
| **Other** | | | |
| | Dental Pre Tax | -15.00* | 105.00 |
| | Keystflx Ptm | -47.72* | 715.80 |
| | Pension | -169.43* | 2,564.67 |
| | Pre Omop Reserv | | 385.00 |
| **Net Pay** | | **$2,571.33** | |
| | Checking | -2,571.33 | 38,637.79 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental | 86.25 | 603.75 |
| Er Medical | 747.56 | 11,213.40 |
| W2Grp | 4.14 | 62.10 |
| County Emplid | | 0010521 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Advice number: 00000302003
Pay date: 07/27/2018

Deposited to the account of
MAUREEN E CALDER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8982 | xxxx xxxx | $2,571.33 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MUC | 002726 | 006450 | | 00000282082 | 1 |

# Earnings Statement

**ADP**

COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Period Beginning: 06/30/2018
Period Ending:   07/13/2018
Pay Date:        07/13/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  9
  PA:       N/A

MAUREEN E CALDER
360 RADFORD COURT
GLEN MILLS PA 19342

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 50.2003 | 67.50 | 3,388.52 | 47,361.34 |
| Ot Straight | | | | 464.35 |
| Retro | | | | 77.92 |
| **Gross Pay** | | | **$3,388.52** | 47,903.61 |

Your federal taxable wages this period are
$3,116.37

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -182.11 | 2,755.31 |
| | Social Security Tax | -203.98 | 2,902.75 |
| | Medicare Tax | -47.71 | 678.87 |
| | PA State Income Tax | -100.87 | 1,435.53 |
| | Norristown B Income Tax | -32.86 | 467.63 |
| | Norristown B Local Svc Tax | -2.00 | 30.00 |
| | PA SUI/SDI Tax | -2.03 | 28.74 |
| | **Other** | | |
| | Keystflx Ptm | -47.72* | 668.08 |
| | Pension | -169.43* | 2,395.24 |
| | Pre Omop Reserv | -55.00* | 385.00 |
| | Dental Pre Tax | | 90.00 |
| **Net Pay** | | | **$2,544.81** |
| | Checking | -2,544.81 | 36,066.46 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Medical | 747.56 | 10,465.84 |
| W2Grp | 4.14 | 57.96 |
| Er Dental | | 517.50 |
| P21 | | 57.96 |
| County Emplid | | 0010521 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



COUNTY OF MONTGOMERY
425 SWEDE ST
NORRISTOWN, PA 19404-0311

Advice number:  00000282082
Pay date:       07/13/2018

Deposited to the account of
MAUREEN E CALDER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8982 | xxxx xxxx | $2,544.81 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**