# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 18-16521-AMC

MAUREEN ELIZABETH CALDER

360 RADFORD COURT

GLEN MILLS, PA 19342

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MAUREEN ELIZABETH CALDER

    360 RADFORD COURT

    GLEN MILLS, PA 19342

Counsel for debtor(s), by electronic notice only.

    ANTHONY A FRIGO ESQ
    175 STRAFFORD AV
    SUITE 1
    WAYNE, PA 19087-

Date: 2/14/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee