# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Maureen E. Calder | : | Chapter 13 |
| a/k/a Maureen Herron | : | |
| Debtor | : | No. 18-16521amc |

## PRAECIPE TO WITHDRAW OBJECTION OF DARLINGTON WOODS CONDOMINIUM ASSOCIATION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

To the clerk:

Kindly withdraw the Objection to Confirmation filed by Darlington Woods Condominium Association.

Respectfully Submitted,

**PATRICIA M. MAYER, PC**

Dated: 05/20/19         **By:** */s/ Patricia M. Mayer*
                Patricia M. Mayer, Esquire
                Attorney for Darlington Woods
                Condominium Association
                301 Oxford Valley Road, Suite 203B
                Yardley, PA 19067
                (215) 493-4300