# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maureen Elizabeth Calder | Chapter 13 |
| Debtor (s) | NO. 18-16521 AMC |

## ORDER

AND NOW, this 21st day of October, 2019, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $5,500.00 charged to the Debtor and costs of $350.00 incurred on behalf of Debtor be approved and that $2,500.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____

Ashely M. Chan
United States Bankruptcy Judge

William Miller Trustee
P.O. box 1229
Philadelphia, PA 19105

Maureen Elizabeth Calder
360 Radford Court
Glen Mills, PA 19342

US Trustee

Anthony Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087