United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16521-amc
Maureen Elizabeth Calder                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv          Page 1 of 1           Date Rcvd: Oct 21, 2019
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             +Maureen Elizabeth Calder,    360 Radford Court,    Glen Mills, PA 19342-2042
NONE           +Darlington Woods Condominium Association,    c/o Patricia M. Mayer, Esquire,
                 301 Oxford Valley Road,    Suite 203B,    Yardley, PA 19067-7708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              ANTHONY A. FRIGO    on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com,
               frigoar70666@notify.bestcase.com
              PATRICIA M. MAYER    on behalf of     Darlington Woods Condominium Association
               patriciamayerpc@gmail.com, nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Maureen Elizabeth Calder | Chapter 13 |
| Debtor (s) | NO. 18-16521 AMC |

**ORDER**

AND NOW, this 21st day of October, 2019, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $5,500.00 charged to the Debtor and costs of $350.00 incurred on behalf of Debtor be approved and that $2,500.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Ashely M. Chan
United States Bankruptcy Judge

William Miller Trustee
P.O. box 1229
Philadelphia, PA 19105

Maureen Elizabeth Calder
360 Radford Court
Glen Mills, PA 19342

US Trustee

Anthony Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087