*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Maureen Elizabeth Calder
    Debtor(s)

Case No: 18–16521–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection filed by Maureen Elizabeth Calder to Certification of Default of Stipulation by REBECCA ANN SOLARZ on behalf of M&T BANK.

    on: 5/19/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/27/20

Timothy B. McGrath
Clerk of Court

63 – 62
Form 167