UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MAUREEN ELIZABTH CALDER         NO. 18-16521 AMC
                                CHAPTER 13

ENTRY OF APPEARANCE FOR DARLINGTON WOODS
CONDOMINIUM ASSOCIATION

TO THE CLERK:

Please enter our appearance for *Darlington Woods Condominium Association*.

April 28, 2020

GERSHMAN LAW OFFICES PC

_____
Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
howard@gershman-law.com
Tel; 215.886.1120