# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>            Debtor(s) | CHAPTER 13 |
| M&T Bank<br>            Movant<br>    vs.<br>Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>            Debtor(s) | NO. 18-16521 AMC |
| William C. Miller Esq.<br>            Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of M&T Bank, which was filed with the Court on or about **April 21, 2020**.

>Respectfully submitted,
>
>**/s/Rebecca A. Solarz, Esquire**
>Rebecca A. Solarz, Esquire
>KML Law Group, P.C.
>BNY Mellon Independence Center
>701 Market Street, Suite 5000
>Philadelphia, PA  19106

June 11, 2020