# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Chapter 13

                                          Bankruptcy No. 18-16521-AMC

MAUREEN ELIZABETH CALDER

360 RADFORD COURT

GLEN MILLS, PA 19342

        Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MAUREEN ELIZABETH CALDER

    360 RADFORD COURT

    GLEN MILLS, PA 19342

Counsel for debtor(s), by electronic notice only.

    ANTHONY A FRIGO ESQ
    175 STRAFFORD AV
    SUITE 1
    WAYNE, PA 19087-

                                                          /S/ William C. Miller

Date: 2/23/2021                              _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee