*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Maureen Elizabeth Calder
    Debtor(s)

Case No: 18–16521–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default filed by REBECCA ANN SOLARZ on behalf of M&T BANK and Objection. Hearing scheduled 3/30/2021 at 11:00 AM at Philadelphia Telephone Hearing. Dial 1–877–873–8017 Access Code is 3027681#

on: 3/30/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  3/2/21

Timothy B. McGrath
Clerk of Court

78 – 76
Form 167