## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

MAUREEN ELIZABETH                    : Chapter 13
CALDER

                                              : No. 18-16521

---

### NOTICE FOR SERVICE OF PAPERS PURSUANT TO SECTION 1109(b)
### OF THE BANKRUPTCY CODE AND
### BANKRUPTCY RULES 9010 AND 2002

PLEASE TAKE NOTICE that the undersigned Attorney appears for

Darlington Woods Condominium Association, Creditor and Party-in-Interest

herein, and demands that all notices given or required to be given in this case be

served upon the undersigned at the address set forth below, pursuant to Bankruptcy

Rules 2002 and 9010, and Section 1109(b) of Title 11, United States Bankruptcy

Code.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of

Title 11, the foregoing demand includes not only notices and documents referred to

in the Bankruptcy Rules specified above, but also includes, without limitation, any

and all Orders and notices of meeting of creditors, applications, motions, petitions,

pleadings, requests, complaints, objections or demands, whether formal or

informal, written or oral, and whether transmitted, conveyed by mail, hand

delivered, telephone communicated, telegraph, telex or otherwise, which affect or

*Law Offices* • Jamie W. Goncharoff • 15 West Gay Street • West Chester, Pa. 19380

seek to affect in any way, any of the rights or interest of Darlington Woods

Condominium Association or any other creditor or party in-interest in this case,

and which require or seek to require any act, delivery of any property, payment or

other conduct by the secured party, the Debtor or any other party in-interest in this

case.

Respectfully submitted,

Jamie W. Goncharoff
15 West Gay Street
West Chester, PA 19380
(610) 436-9700
Attorney I.D. #43986