UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MAUREEN ELIZABETH CALDER        NO. 18-16521 AMC
                                CHAPTER 13

PRAECIPE TO WITHDRAW APEARANCE FOR DARLINGTON WOODS CONDOMINIUM ASSOCIATION

TO THE CLERK:

Please note this Withdrawal of Appearance *Darlington Woods Condominium Association*.

April 27, 2021

GERSHMAN LAW OFFICES PC

*(signature)*

Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
howard@gershman-law.com
Tel; 215.886.1120