IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>HAMIDULLAH NASRAT,<br>AKA HAMID NASRAT,<br><br>        DEBTOR,<br><br>SPECIALIZED LOAN SERVICING, LLC ATTORNEY-IN-FACT FOR THE BENEFIT OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICIATEHOLDERS FOR THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-12<br><br>        MOVANT<br><br>    v.<br><br>HAMIDULLAH NASRAT,<br>AKA HAMID NASRAT and<br>WILLIAM C. MILLER, CHAPTER 13 TRUSTEE<br><br>        RESPONDENTS | Bankruptcy No. 16-17460-mdc<br><br>Chapter 13<br><br>Document No. |

## ORDER OF COURT

AND NOW, this 31st day of _____July_____, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge