United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 18-16521-amc

Maureen Elizabeth Calder   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 08, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maureen Elizabeth Calder, 360 Radford Court, Glen Mills, PA 19342-2042 |
| | + | Montgomery County, ATTN: Chad M. Moore, Payroll Mgr., PO Box 311, Norriswtown, PA 19404-0311 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | |
| | on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| JAMIE W. GONCHAROFF | |
| | on behalf of Creditor Darlington Woods Condominium Association jgonch@comcast.net |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                             User: admin                             Page 2 of 2
Date Rcvd: Nov 08, 2021                          Form ID: pdf900                         Total Noticed: 2
TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Maureen Elizabeth Calder : Chapter 13
    Debtor(s) :
  : No. 18-16521-AMC
Kenneth E. West :
    Trustee :

## ORDER

**AND NOW**, to wit, this _____ day of _____, 2021 at Philadelphia upon consideration of the averments made in Debtor's Motion for Wage Attachment, it is hereby

**ORDERED AND DECREED** that, until further Order of this Court, the entity from which the Debtor receives income:

    Chad M. Moore
    Payroll Manager
    Montgomery County
    P.O. Box 311
    Norristown, PA 19404

Shall deduct from said income the sum of $613.00 bi-weekly, beginning on the next pay day following receipt of this Order and deduct a similar amount from each pay period thereafter, including a pay period for which the debtor receives a periodic lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    Kenneth E. West, Esquire
    Chapter 13, Standing Trustee
    P.O. Box 1799
    Memphis, TN 38101-1799.

**Please include Debtor's Name and Case # 18-16521-AMC on all checks**

**IT IS FURTHER ORDERED** that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

      **IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedures.

      **IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSES NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF THE DEBTOR WITH THE EXCEPTION OF ANY SUPORT PAYMENTS.**

      **IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the above-named entity in this case.

      **IT IS FURTHER ORDERED** that the above-named entity shall not charge the Debtor for the administration of this Attachment Order, except as may be allowed upon application to and order of this Court.

**Date: November 8, 2021**

                                                                                                                      J.

Cc:  See attached service list

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Kenneth E. West, Esquire
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 40837
PHILADELPHIA, PA 19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Chad M. Moore
Payroll Manager
Montgomery County
P.O. Box 311
Norristown, PA 19404

Maureen Elizabeth Calder
360 Radford Court
Glen Mills, PA 19342