# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

MAUREEN ELIZABETH CALDER    : Chapter 13
           Debtor               :
                               No. 18-16521-amc

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

MOVANT, Darlington Woods Condominium Association has filed a **Motion for Relief from the Automatic Stay** with the Court.

**YOUR rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before January 5, 2022, you or your attorney must do <u>all</u> of the following:

      (a) file an answer explaining your position at:

          United Stated Bankruptcy Court
          900 Market Street, Suite 400
          Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the Movant's attorney:

          Jamie W. Goncharoff, Esquire
          15 West Gay Street
          West Chester, PA 19380
          Phone: (610) 436-9700
          Fax No.: (610) 436-9016

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on January 18, 2022, at 11AM in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4298.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed and answer.

Date: December 22, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED CAN BE USED FOR THAT PURPOSE**

*Law Offices* • Jamie W. Goncharoff • 15 West Gay Street • West Chester, Pa. 19380