*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Maureen Elizabeth Calder
    Debtor(s)

Case No: 18–16521–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of re: 360 Radford Court, Glen Mills, PA, 19342. Filed by REBECCA ANN SOLARZ on behalf of M&T BANK

    on: 2/15/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/21/22

Timothy B. McGrath
Clerk of Court

104 – 102
Form 167