### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br><br>      Debtor(s) | Chapter 13 |
| M&T Bank<br>     v.<br>Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>    and<br>Kenneth E. West Esq.<br>      Trustee | NO. 18-16521 AMC |

### ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 28, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 360 Radford Court Glen Mills, PA 19342.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: February 9, 2022**                United States Bankruptcy Judge.

cc: See attached service list

Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder
360 Radford Court
Glen Mills, PA 19342

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Anthony A. Frigo
The Law Offices of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532