IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Maureen Elizabeth Calder aka
Maureen E. Herron aka Maureen
Herron aka Maureen Calder

DEBTOR(S)

CHAPTER 13

nBANKRUPTCY NO. 18-16521-AMC

## ORDER

AND NOW, IT IS ORDERED that the *Order Modifying the Stay as to M&T Bank* entered on February 9, 2022 (Docket #109) is **VACATED**, and it is

FURTHER ORDERED that the hearing to consider the Certification of Default rearding the premises at 360 Radford Court, Glen Mills, PA, 19342 filed on behalf of M&T BANK and the Objection filed by the Debtor remains scheduled for hearing on **February 15, 2022 at 11:00 a.m. in** the United States Bankruptcy Court. Parties are to Dial: 877-873-8017 Access Code: 3027681# .

BY THE COURT:

Dated: February 9, 2022

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE