United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16521-amc |
| Maureen Elizabeth Calder | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maureen Elizabeth Calder, 360 Radford Court, Glen Mills, PA 19342-2042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| JAMIE W. GONCHAROFF | on behalf of Creditor Darlington Woods Condominium Association jgonch@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHAPTER 13

Maureen Elizabeth Calder aka
Maureen E. Herron aka Maureen
Herron aka Maureen Calder

nBANKRUPTCY NO. 18-16521-AMC

DEBTOR(S)

## ORDER

AND NOW, IT IS ORDERED that the *Order Modifying the Stay as to M&T Bank* entered on February 9, 2022 (Docket #109) is **VACATED**, and it is

FURTHER ORDERED that the hearing to consider the Certification of Default rearding the premises at 360 Radford Court, Glen Mills, PA, 19342 filed on behalf of M&T BANK and the Objection filed by the Debtor remains scheduled for hearing on **February 15, 2022 at 11:00 a.m. in** the United States Bankruptcy Court. Parties are to Dial: 877-873-8017 Access Code: 3027681# .

BY THE COURT:

Dated: February 9, 2022

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE