UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
HAMIDULLAH NASRAT : NO. 16-17460 MDC
Hamid Nasrat : CHAPTER 13

ORDER GRANTING APPLICATION OF GERSHMAN LAW OFFICES PC
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Application of Debtor's counsel, Howard Gershman, Esquire/Gershman Law Offices PC is granted and compensation for fees is allowed in the amount of $1,500.00 and $11.06 in expenses, which amount shall be paid through the Modified Chapter 13 Plan to the extent funds are available.

BY THE COURT:

December 28, 2020

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge