IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE: Debtor(s)                                              Case Number: 18-16521

    MAUREEN ELIZABETH CALDER

## CERTIFICATE OF SERVICE

**AND NOW,** comes <u>Jenean Tucker</u>, from the office of Kenneth E. West, Esquire Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. by electronic service only:

    Creditor
        M&T Bank
        PO BOX 1288

        BUFFALO                        NY     14240-

    Debtor's Attorney
        ANTHONY A FRIGO ESQ
        175 STRAFFORD AVENUE
        SUITE ONE
        WAYNE                      PA     19087-

B. at the address(es) listed below by first class mail, postage prepaid: Debtor

    MAUREEN ELIZABETH CALDER
    360 RADFORD COURT

    GLEN MILLS          PA     19342

                                                                                          /s/ <u>Jenean Tucker</u>
                                                                                          Office of Kenneth E. West
                                                                                          Chapter 13 Standing Trustee