United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maureen Elizabeth Calder  
Debtor

Case No. 18-16521-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Nov 17, 2023 | Form ID: 138OBJ | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maureen Elizabeth Calder, 360 Radford Court, Glen Mills, PA 19342-2042 |
| 14206264 | + | Acs/Jp Morgan Chase Ba, 501 Bleecker St, Utica, NY 13501-2401 |
| 14828453 | + | Chester Water Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14828634 | + | Chester Water Authority, c/o James R. Woods, Esq., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14828450 | + | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14602533 | + | Darlington Woods Condo Assoc., c/o Jamie W. Goncharoff, Esq., 15 West Gay St., West Chester, PA 19380-3024 |
| 14498162 | + | Darlington Woods Condominium Assoc., c/o Howard Gershman, Esq., 610 York Road, Ste. 200, Jenkintown, PA 19046-2867 |
| 14242006 | + | Darlington Woods Condominium Association, 400 Ashley Court, Glen Mills, PA 19342-2046 |
| 14828451 | + | Lower Pottsgrove Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14215010 | + | M&T Bank, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14206271 | | Pennsylvania Dept. of Revenue, Dept 280948, Harrisburg, PA 17128-2601 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14235972 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:58:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14206265 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 17 2023 23:38:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14218766 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 17 2023 23:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14206266 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2023 23:39:00 | Internal Revenue Service, Unsolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14206267 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2023 23:38:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14206268 | | Email/Text: camanagement@mtb.com | Nov 17 2023 23:39:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14243117 | | Email/Text: camanagement@mtb.com | Nov 17 2023 23:39:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14206270 | + | Email/Text: bankruptcynotices@psecu.com | Nov 17 2023 23:40:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14237000 | + | Email/Text: bankruptcynotices@psecu.com | Nov 17 2023 23:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

Case 18-16521-amc   Doc 143   Filed 11/19/23   Entered 11/20/23 00:37:37   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

| 14206272 | + Email/Text: bankruptcy@sw-credit.com | Nov 17 2023 23:39:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
|---|---|---|---|
| 14209001 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 17 2023 23:40:40 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14828452 | *+ | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14206269 | ##+ | National Recovery, 4201 Crums Mill Rd, Harrisburg, PA 17112-2893 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Chester Water Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAMIE W. GONCHAROFF | on behalf of Creditor Darlington Woods Condominium Association jgonch@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Nov 17, 2023  Form ID: 138OBJ  Total Noticed: 24

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Maureen Elizabeth Calder
        Debtor(s)                                 Case No: 18−16521−amc
                                                      Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                  900 Market Street
                                      Suite 400
                               Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/17/23

 

                                                                                                        142 − 139
                                                                                  Form 138OBJ