**Fill in this information to identify the case:**

Debtor 1: Maureen Elizabeth Calder

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of PA

Case number: 18-16521 AMC

# Form 4100R

## Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** M&T Bank

**Court claim no. (if known):** 7-2

**Last 4 digits** of any number you use to identify the debtor's account: 0453

**Property address:**
360 Radford Court
Glen Mills, PA 19342

### Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ 3,278.10 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 1,453.00 |
| c. | **Total.** Add lines a and b. | (c) | $ 4,731.10 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    11 / 01 / 2023

| Debtor(s) | Maureen Elizabeth Calder | Case Number (if known): 18-16521 AMC |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/    Date   12/08/2023

Mark Cronin
08 Dec 2023, 11:45:34, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

## CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| | | | | |
|---|---|---|---|---|
| Loan Number: | [redacted] | Filing Date: | 9/30/2018 | |
| Mortgagor Last Name: | Herron, M | Case Number: | 18-16521 | |
| Property Address: | 360 Radford Court Glen Mills, PA 19342 | Investor: Next Analysis: | M&T Bank | |
| Date Produced: | 10/17/2018 | Processor ID: | | |

### POST PETITION PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/3/2018 | | $450.00 | | Suspense | Suspense | $450.00 | $450.00 | $450.00 |
| 10/16/2018 | | $700.00 | | Suspense | Suspense | $700.00 | $700.00 | $1,150.00 |
| 10/29/2018 | | $100.00 | | Suspense | Suspense | $100.00 | $100.00 | $1,250.00 |
| 10/31/2018 | 10/1/2018 | $550.00 | $1,653.33 | 10/1/2018 | payment | -$1,103.33 | -$1,103.33 | $146.67 |
| 11/23/2018 | | $400.00 | $0.00 | Suspense | Suspense | $400.00 | $400.00 | $546.67 |
| 12/5/2018 | | $500.00 | $0.00 | Suspense | Suspense | $500.00 | $500.00 | $1,046.67 |
| 1/2/2019 | 11/1/2018 | $700.00 | $1,653.33 | 11/1/2018 | payment | -$953.33 | -$953.33 | $93.34 |
| 1/29/2019 | | $500.00 | $0.00 | Suspense | Suspense | $500.00 | $500.00 | $593.34 |
| 2/5/2019 | | $424.00 | $0.00 | Suspense | Suspense | $424.00 | $424.00 | $1,017.34 |
| 3/26/2019 | 12/1/2018 | $1,700.00 | $1,653.33 | 12/1/2018 | payment | $46.67 | $46.67 | $1,064.01 |
| 5/7/2019 | 1/1/2019 | $1,653.33 | $1,653.33 | 1/1/2019 | payment | $0.00 | $0.00 | $1,064.01 |
| 6/18/2019 | 2/1/2019 | $1,653.33 | $1,653.33 | 2/1/2019 | payment | $0.00 | $0.00 | $1,064.01 |
| 7/10/2019 | 3/1/2019 | $1,842.65 | $1,653.33 | 3/1/2019 | payment | $189.32 | $189.32 | $1,253.33 |
| 7/23/2019 | 4/1/2019 | $1,031.00 | $1,653.33 | 4/1/2019 | payment | -$622.33 | -$622.33 | $631.00 |
| | Agreed order filed 8/23/19 — 5/1/19 to 8/1/19 4 payments @ $1653.33 = $6,613.32 — Suspense $631.00 + attorney fees $1031 = $7013.32 to be added to plan - APOC Needed | | | | | $0.00 | $0.00 | $631.00 |
| | suspense | -$631.00 | | | | -$631.00 | -$631.00 | $0.00 |
| 8/14/2019 | | $852.55 | $0.00 | suspense | | $852.55 | $852.55 | $852.55 |
| 10/8/2019 | 9/1/2019 | $1,653.33 | $1,653.33 | 9/1/2019 | payment | $0.00 | $0.00 | $852.55 |
| 11/19/2019 | 10/1/2019 | $1,653.33 | $1,653.33 | 10/1/2019 | payment | $0.00 | $0.00 | $852.55 |
| 12/31/2019 | | $1,000.00 | $0.00 | suspense | | $1,000.00 | $1,000.00 | $1,852.55 |
| 1/14/2020 | 11/1/2019 | $1,653.33 | $1,653.33 | 11/1/2019 | payment | $0.00 | $0.00 | $1,852.55 |
| 1/16/2020 | 12/1/2019 | $653.33 | $1,653.33 | 12/1/2019 | payment | -$1,000.00 | -$1,000.00 | $852.55 |
| 2/12/2020 | 1/1/2020 | $1,653.33 | $1,653.33 | 1/1/2020 | payment | $0.00 | $0.00 | $852.55 |
| 4/7/2020 | 2/1/2020 | $1,653.33 | $1,653.33 | 2/1/2020 | payment | $0.00 | $0.00 | $852.55 |
| 5/5/2020 | 3/1/2020 | $1,653.33 | $1,644.97 | 3/1/2020 | payment | $8.36 | $8.36 | $860.91 |
| 5/19/2020 | 4/1/2020 | $1,653.33 | $1,644.97 | 4/1/2020 | payment | $8.36 | $8.36 | $869.27 |
| 6/9/2020 | 5/1/2020 | $784.06 | $1,644.97 | 5/1/2020 | payment | -$860.91 | -$860.91 | $8.36 |
| 6/15/2020 | 6/1/2020 | $1,644.97 | $1,644.97 | 6/1/2020 | payment | $0.00 | $0.00 | $8.36 |

## CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| 9/21/2020 | 7/1/2020 | $1,644.97 | $1,644.97 | 7/1/2020 | payment | $0.00 | $0.00 | $8.36 |
| 10/30/2020 | 8/1/2020 | $1,644.97 | $1,644.97 | 8/1/2020 | payment | $0.00 | $0.00 | $8.36 |
| 12/1/2020 | 9/1/2020 | $1,700.00 | $1,644.97 | 9/1/2020 | payment | $55.03 | $55.03 | $63.39 |
| 1/11/2021 | 10/1/2020 | $1,700.00 | $1,644.97 | 10/1/2020 | payment | $55.03 | $55.03 | $118.42 |
| 1/25/2020 | | $1,000.00 | $0.00 | suspense | | $1,000.00 | $1,000.00 | $1,118.42 |
| 2/11/2021 | 11/1/2020 | $700.00 | $1,644.97 | 11/1/2020 | payment | -$944.97 | -$944.97 | $173.45 |
| 3/8/2021 | **12/1/2020** | $1,700.00 | **$1,645.31** | 12/1/2020 | payment | $54.69 | $54.69 | $228.14 |
| 3/18/2021 | | $945.31 | $0.00 | Suspense | Suspense | $945.31 | $945.31 | $1,173.45 |
| 3/22/2021 | 1/1/2021 | $1,645.31 | $1,645.31 | 1/1/2021 | payment | $0.00 | $0.00 | $1,173.45 |
| 3/26/2021 | 2/1/2021 | $1,645.31 | $1,645.31 | 2/1/2021 | payment | $0.00 | $0.00 | $1,173.45 |
| 4/19/2021 | 3/1/2021 | $2,117.17 | $1,645.31 | 3/1/2021 | payment | $471.86 | $471.86 | $1,645.31 |
| 4/19/2021 | 4/1/2021 | $0.00 | $1,645.31 | 4/1/2021 | payment | -$1,645.31 | -$1,645.31 | $0.00 |
| 5/28/2021 | 5/1/2021 | $1,645.31 | $1,645.31 | 5/1/2021 | payment | $0.00 | $0.00 | $0.00 |
| 7/12/2021 | 6/1/2021 | $1,645.31 | $1,645.31 | 6/1/2021 | payment | $0.00 | $0.00 | $0.00 |
| 8/4/2021 | | $15.00 | | Suspense | Suspense | $15.00 | $15.00 | $15.00 |
| 8/23/2021 | 7/1/2021 | $1,654.00 | $1,645.31 | 7/1/2021 | payment | $8.69 | $8.69 | $23.69 |
| 10/5/2021 | 8/1/2021 | $1,654.00 | $1,645.31 | 8/1/2021 | payment | $8.69 | $8.69 | $32.38 |
| 11/15/2021 | 9/1/2021 | $1,700.00 | $1,645.31 | 9/1/2021 | payment | $54.69 | $54.69 | $87.07 |
| 12/13/2021 | 10/1/2021 | $1,654.00 | $1,645.31 | 10/1/2021 | payment | $8.69 | $8.69 | $95.76 |
| 1/24/2022 | 11/1/2021 | $1,654.00 | $1,645.31 | 11/1/2021 | payment | $8.69 | $8.69 | $104.45 |
| 2/9/2022 | **12/1/2021** | $1,654.00 | **$1,635.70** | 12/1/2021 | payment | $18.30 | $18.30 | $122.75 |
| 2/23/2022 | 1/1/2022 | $1,654.00 | $1,635.70 | 1/1/2022 | payment | $18.30 | $18.30 | $141.05 |
| 3/21/2022 | 2/1/2022 | $3,150.00 | $1,635.70 | 2/1/2022 | payment | $1,514.30 | $1,514.30 | $1,655.35 |
| 3/21/2022 | 3/1/2022 | $0.00 | $1,635.70 | 3/1/2022 | payment | -$1,635.70 | -$1,635.70 | $19.65 |
| 4/5/2022 | 4/1/2022 | $1,645.00 | $1,635.70 | 4/1/2022 | payment | $9.30 | $9.30 | $28.95 |
| 6/1/2022 | 5/1/2022 | $1,635.70 | $1,635.70 | 5/1/2022 | payment | $0.00 | $0.00 | $28.95 |
| 7/25/2022 | 6/1/2022 | $1,635.70 | $1,635.70 | 6/1/2022 | payment | $0.00 | $0.00 | $28.95 |
| 8/8/2022 | 7/1/2022 | $1,635.70 | $1,635.70 | 7/1/2022 | payment | $0.00 | $0.00 | $28.95 |
| 9/19/2022 | 8/1/2022 | $1,635.70 | $1,635.70 | 8/1/2022 | payment | $0.00 | $0.00 | $28.95 |
| 11/15/2022 | 9/1/2022 | $1,635.70 | $1,635.70 | 9/1/2022 | payment | $0.00 | $0.00 | $28.95 |
| 12/12/2022 | | $1,135.70 | | Suspense | Suspense | $1,135.70 | $1,135.70 | $1,164.65 |
| 12/27/2022 | 10/1/2022 | $500.00 | $1,635.70 | 10/1/2022 | payment | -$1,135.70 | -$1,135.70 | $28.95 |
| 12/29/2022 | suspense | $400.00 | | Suspense | Suspense | $400.00 | $400.00 | $428.95 |
| 12/30/2022 | suspense | $500.00 | | Suspense | Suspense | $500.00 | $500.00 | $928.95 |
| 1/10/2023 | 11/1/2022 | $1,035.70 | $1,635.70 | 11/1/2022 | payment | -$600.00 | -$600.00 | $328.95 |
| 1/23/2023 | **12/1/2022** | $1,635.70 | **$1,639.05** | 12/1/2022 | payment | -$3.35 | -$3.35 | $325.60 |
| 2/6/2023 | | $1,306.75 | | | Suspense | $1,306.75 | $1,306.75 | $1,632.35 |
| A/O Filed for 1/1/23-2/1/23 payments minus suspense of $1632.35 - one lump payment | | | | | | $0.00 | $0.00 | $1,632.35 |
| 2/22/2023 | 1/1/2023 | $1,635.70 | $1,639.05 | 1/1/2023 | payment | -$3.35 | -$3.35 | $1,629.00 |
| 2/27/2023 | | $3.35 | | | Suspense | $3.35 | $3.35 | $1,632.35 |

## CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| 4/3/2023 | 2/1/2023 | $1,639.05 | $1,639.05 | 2/1/2023 | payment | $0.00 | $0.00 | $1,632.35 |
| 5/15/2023 | 3/1/2023 | $1,639.05 | $1,639.05 | 3/1/2023 | payment | $0.00 | $0.00 | $1,632.35 |
| 6/12/2023 | 4/1/2023 | $1,639.05 | $1,639.05 | 4/1/2023 | payment | $0.00 | $0.00 | $1,632.35 |
| 7/10/2023 | 5/1/2023 | $1,639.05 | $1,639.05 | 5/1/2023 | payment | $0.00 | $0.00 | $1,632.35 |
| 8/21/2023 | 6/1/2023 | $1,655.00 | $1,639.05 | 6/1/2023 | payment | $15.95 | $15.95 | $1,648.30 |
| 8/21/2023 | 7/1/2023 | $0.00 | $1,639.05 | 7/1/2023 | payment | -$1,639.05 | -$1,639.05 | $9.25 |
| 9/6/2023 | | $1,000.00 | | | Suspense | $1,000.00 | $1,000.00 | $1,009.25 |
| 9/11/2023 | 8/1/2023 | $655.00 | $1,639.05 | 8/1/2023 | payment | -$984.05 | -$984.05 | $25.20 |
| | 9/1/2023 | | $1,639.05 | | | -$1,639.05 | -$1,639.05 | -$1,613.85 |
| | 10/1/2023 | | $1,639.05 | | | -$1,639.05 | -$1,639.05 | -$3,252.90 |
| | | | | | | $0.00 | $0.00 | -$3,252.90 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>　　　　　　　　　　**Debtor(s)**<br><br>**M&T Bank**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West**,<br>　　　　　　　　　　**Trustee** | **BK NO. 18-16521 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7-2** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 8, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Maureen Elizabeth Calder aka Maureen E. Herron aka Maureen Herron aka Maureen Calder
360 Radford Court
Glen Mills, PA 19342

Attorney for Debtor(s) (via ECF)
Anthony A. Frigo
The Law Offices of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19468

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first-class mail.

Dated: December 8, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Mark A. Cronin*
　　　　　　　　　　　　　　　　　　　　Mark A. Cronin Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 58240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com